IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

        Petitioner,              No. CIV S-06-0911 MCE KJM P

     vs.

CA ATTORNEY GERNERAL, et al.,

        Respondents.        ORDER

_____/

        Petitioner, a Yolo County inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

        Petitioner filed his application on the form provided by the court.  However, petitioner did not fill out the form accurately.  Therefore, petitioner's application will be dismissed and petitioner will be given leave to file an amended application.  Petitioner's failure to file an amended application that is accurate, complete and legible within thirty days will result in a recommendation that this action be dismissed.

        The court notes that petitioner has filed a motion seeking expedited treatment of his habeas petition.  In light of the forgoing, and because petitioner has not shown good cause for expedited treatment, his request will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed.

2. Petitioner is granted thirty days within which to file an amended application on the form to be provided by the Clerk of the Court.  Petitioner must fill out the form completely, accurately, and legibly.

3. The Clerk of the Court is directed to send petitioner the court's form application for writ of habeas corpus by a state prisoner.

4. Petitioner's September 12, 2006 "Motion To "Expedite Habeas Relief" is denied.

DATED:   October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

1/bb
sher0911.14

2