IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,                                    No. 2:06-cv-0911-MCE-KJM-P

      Petitioner,

  v.                                                                    ORDER

CA ATTORNEY GENERAL, et al.,

      Respondents.

_____/

      On November 8, 2006, petitioner filed "objections" to the magistrate judge's October 31, 2006 order. The court construes the "objections" as a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that the magistrate judge's October 31, 2006 order is neither clearly erroneous nor contrary to law.

      Therefore, IT IS HEREBY ORDERED that petitioner's November 8, 2006 request for reconsideration is denied.

DATED: November 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE