1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH A. SHERMAN,

11          Petitioner,                    No. CIV S-06-0911 MCE KJM P

12       vs.

13   YOLO COUNTY SHERIFF, et al.,

14          Respondents.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an amended application for

17   a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  On

18   January 19, 2007 the court recommended that this action be dismissed for petitioner's failure to

19   file an amended application.  Petitioner has now filed an amended application.  Therefore, the

20   court will vacate the January 19, 2007 findings and recommendations.  Since petitioner may be

21   entitled to the requested relief if the claimed violation of constitutional rights is proved,

22   respondents will be directed to file a response to petitioner's amended application.

23          Petitioner has filed a motion asking that the court expedite this matter.  However,

24   petitioner has not shown cause why this court should consider petitioner's habeas application

25   ahead of applications filed before petitioner's.  His request will be denied.

26

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  The court's January 19, 2007 findings and recommendations are vacated.

3        2.  Respondents are directed to file a response to petitioner's February 6, 2007

4  amended application for writ of habeas corpus within thirty days from the date of this order.  <u>See</u>

5  Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all

6  transcripts or other documents relevant to the determination of the issues presented in the

7  application.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases.

8        3.  Petitioner's reply, if any, shall be filed and served within thirty days of service

9  of an answer.

10       4.  If the response to petitioner's amended application is a motion, petitioner's

11  opposition or statement of non-opposition shall be filed and served within thirty days of service

12  of the motion, and respondents' reply, if any, shall be filed within fifteen days thereafter.

13       5.  The Clerk of the Court shall serve a copy of this order together with a copy of

14  petitioner's February 6, 2007 amended application for a writ of habeas corpus pursuant to 28

15  U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

16       6.  Petitioner's March 5, 2007 request that the court expedite this matter is denied.

17  DATED:  April 16, 2007.

18  _____
    U.S. MAGISTRATE JUDGE
19

20  1
    sher0911.100(2.06.07)
21

22

23

24

25

26

2