IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH A. SHERMAN,** | CIV S-06-0911 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **YOLO COUNTY SHERIFF, et al.,** | |
| Respondents. | |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including June 18, 2007, in which to file a response to the petition for writ of habeas corpus.

DATED: May 24, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1