IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. SHERMAN,

    Petitioner,               No. CIV S-06-0911 MCE KJM P

    vs.

YOLO COUNTY SHERIFF, et al.,

    Respondents.          <u>ORDER</u>

_____/

        On April 17, 2007, the court ordered respondents to file a response to petitioner's application for writ of habeas corpus. On June 18, 2007 respondents filed a document in which they ask that this action, as well as the actions numbered 06-0016, 06-0018 and 06-2415 be assigned to "one court for the sake of judicial economy." The document filed by respondents on June 18, 2007 will be placed in the court's file and disregarded because respondents have not complied with Local Rule 83-123. Respondents will be granted ten days within which to file a notice of related cases under Local Rule 83-123 or 81-190(d). If respondents elect not to file a notice of related cases, they shall file their response to petitioner's application for writ of habeas corpus within forty days.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents' June 18, 2007 "notice of related case" shall be placed in the court's file and disregarded.

2. Respondents are granted ten days within which to file a notice of related cases under Local Rule 83-123 or 81-190(d).

3. If respondents elect not to file a notice of related cases, their response to petitioner's application for writ of habeas corpus shall be filed within forty days of this order.

DATED:  June 22, 2007.

_____
U.S. MAGISTRATE JUDGE

1
sher0911.rel