IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH A. SHERMAN,** | CIV S-06-0911 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **YOLO COUNTY SHERIFF, et al.,** | |
| Respondents. | |

Respondent has requested a thirty-day extension of time in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 31, 2007, in which to file a response to the petition for writ of habeas corpus.

Dated: August 2, 2007.

_____
U.S. MAGISTRATE JUDGE

Order