IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH SHERMAN,

      Petitioner,                    No. CIV-S-06-0911 MCE KJM P

   vs.

YOLO COUNTY SHERIFF, et al.,

      Respondents.           <u>ORDER</u>

_____/

      On September 24, 2007, respondents filed a motion to dismiss. Petitioner has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondents' September 24, 2007 motion to dismiss within thirty days. Petitioner's failure to file an opposition within thirty days will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: November 21, 2007.

_____
U.S. MAGISTRATE JUDGE

1
sher0911.46