IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH A. SHERMAN,** | CIV S-06-0911 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **YOLO COUNTY SHERIFF, et al.,** | |
| Respondents. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's request for an extension of time (#38) is granted. Respondent's responsive pleading shall be filed on or before December 3, 2008.

Dated: November 19, 2008.

_____
U.S. MAGISTRATE JUDGE

sher0911

1